FILED

MAR 0 1 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,          )
                                   )
        Plaintiff,                 )
                                   )
vs.                                )        CRIMINAL NO. 3:18-mj-3036-DGW
                                   )
EVELYN JEAN JOHNSON,               )
                                   )
        Defendant.                 )

## CRIMINAL COMPLAINT

I, Deputy Marshal Tom Woods, United States Marshals Service, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief:

## COUNT 1

### FAILURE TO SURRENDER FOR SERVICE OF SENTENCE

On or about February 28, 2018, in St. Clair County, within the Southern District of Illinois,

**EVELYN JEAN JOHNSON,**

defendant herein, did knowingly and willfully fail to surrender for service of her sentence as ordered in Criminal Cause 15-CR-30152-NJR, having been sentenced on January 29, 2018 to 18 months imprisonment on her convictions for Aiding in the Preparation and Submission of False Federal Tax Returns, in violation of Title 26, United States Code, Section 7206(2).   On that date she was ordered to self-surrender to the penal institution as directed by the United States Marshals Service.   She was directed to surrender to FCI Greenville on February 28, 2018, but failed to do so.   U. S. Probation Officer contacted **EVELYN JEAN JOHNSON** and made sure

that She understood the date and place she was to surrender.   The offense of Failure To

Surrender For Service of a Sentence was committed while **EVELYN JEAN JOHNSON** was on

release in Criminal Cause 15-CR-30152-NJR and violated that court's order.

All in violation of Title 18, United States Code, Section 3146(a)(2), 3147.

I further state that I am a federal law enforcement officer within the meaning of Rule

41(a)(2)(C) of the Federal Rules of Criminal Procedure and that this complaint is based on the

following facts:

## AFFIDAVIT

1.      Evelyn Johnson was sentenced on January 29, 2018 to serve 18 months in prison

in cause 15-CR-30152-NJR as a result of her convictions for Aiding in the Preparation and

Submission of False Federal Tax Returns, in violation of Title 26, United States Code, Section

7206(2).   She was directed to self-surrender to the penal institution at the time and place

provided.

2.      On January 29, 2018, Evelyn Jean Johnson reported to the probation office after

her sentencing hearing.   Evelyn Jean Johnson was advised of her expectations and noted an

understanding of the same.   She was informed that a surrender destination letter would be mailed

to her home and that she would need to sign and return it to the United States Marshal's Service

(USMS).   Evelyn Jean Johnson noted that she would likely surrender directly to BOP vs

reporting to USMS on February 28, 2018.

3.      On February 8, 2018, Evelyn Jean Johnson was called by U.S. Probation Officer

Isaac Huddleston and advised of her BOP location and time.   Evelyn Jean Johnson noted that

although she did not know how she would get to BOP, she would comply.   In addition, she

noted that she would advise this officer of her travel plans by February 23, 2018.

4.      On February 9, 2018: Evelyn Jean Johnson spoke with a BOP liaison to discuss anxiety regarding surrendering.

5.      On February 16, 2018, U.S. Probation Officer Isaac Huddleston met with Evelyn Jean Johnson at her residence.  She advised that she had not received a destination surrender letter from USMS.  This officer had Evelyn Jean Johnson pull up her BOP location on the computer.  She was then able to see the BOP address and was again instructed to report on 2/28 at 1 pm or to USMS by 1 pm.  Evelyn Jean Johnson acknowledged an understanding of the same; however, stated that she would file motions to have her conviction overturned.

6.      On February 26, 2018, Evelyn Jean Johnson was contacted by U.S. Probation Officer Isaac Huddleston and again informed of her sentencing date.  Evelyn Jean Johnson was instructed to report to USMS to sign a finger print card.  Evelyn Jean Johnson advised that she would report tomorrow at 10 am.

7.      On February 27, 2018 at 10:00 am Evelyn Jean Johnson did not report as directed.

8.      On February 27, 2018 at 12:00 pm Evelyn Jean Johnson was contacted and she advised that she did not report due to plumbing issues at her residence.  Evelyn Jean Johnson later advised that she would report and was leaving to get on the bus.

9.      On February 27, 2018 at 3:00 pm Evelyn Jean Johnson did not arrive for finger printing.

10.     On February 27, 2018 at 4:00 pm U.S. Probation Officer Isaac Huddleston met with Evelyn Jean Johnson at her home.  Evelyn Jean Johnson advised that she did not report because she could not leave her mother and nephew.  Evelyn Jean Johnson continued to discuss how she has not received any notification regarding her surrender or information regarding her motions.  Evelyn Jean Johnson noted that she did not know if she would surrender as directed.

11.     On February 27, 2018, at 8:00 pm a BOP liaison was contacted by U.S. Probation Officer Isaac Huddleston.

12.     On February 28, 2018, the BOP liaison confirmed with U.S. Probation Officer Isaac Huddleston that he spoke with Evelyn Jean Johnson and encouraged her to report as directed.

13.     On February 28, 2018 at approximately 9:40 am, U.S. Probation Officer Isaac Huddleston met with Evelyn Jean Johnson at her residence.  Evelyn Jean Johnson refused to sign the USMS surrender letter noting that it was an error on the form.  She was given a copy of the surrender form and advised that she would report to USMS at 1 pm

14.     Evelyn Jean Johnson was ordered to surrender to the authorities at FCI Greenville on February 28, 2018 by 1:00 p.m.  Evelyn Jean Johnson did fail to surrender to FCI Greenville as directed.

The above facts give affiant probable cause to believe that Evelyn Jean Johnson has knowingly failed to surrender for service of her sentence pursuant to a court order, in violation of Title 18, United States Code, Section 3146(a)(2).

FURTHER AFFIANT SAYETH NAUGHT.

_____
Tom Woods
Deputy Marshal, United States Marshals Service

State of Illinois          )
                           )  SS.
County of St. Clair        )

Sworn to before me, and subscribed in my presence on the 1st day of March, 2018, at East St. Louis, Illinois.

DONALD G. WILKERSON
United States Magistrate Judge


DONALD S. BOYCE
United States Attorney

NORMAN R. SMITH
Assistant United States Attorney