Dear Chief Judge Michael Reagan

Case #

I Evelyn Johnson has changed my mind about a public defender representing me in your court. I do not want a lawyer to defend me for that I can do myself.

I made a wrong decision in the mist of your fine sounding arguments and my weak state of mind and made an emotional bid without thinking things through.

According to Attorney Gabel there is nothing to be done that will let me go home and reconnect to my family and community. If I bond out of Clinton County then I need to bond out from the Appeals Court as well (not sure on that yet) or proceed to prison for 18 mos.

Federal Rules & Criminal Codes implies that the time spent on supervised release and the time here plus any time for good behavior I should not have to spend a day in prison. Plus 30 day furlo time to reintroduce back to my family & community.

Inmate Mail from Clinton County Sheriff Department

This case according to FRCP does not exist ~~should~~ accord to Court docket report from 1/28/2018 - 3/5/2018. Sentencing = "the oral announcement of a Judgement after Conviction" FRCP Post Conviction Rule 35(c) and Blacks Law; fifth Edition.

There was not a final Judgement or an official notice of "order".

Clerks Duties FRCP 2010-2011 Edition
Criminal Procedure; Post Conviction; Rule; 35(c) Sentencing
Trial; Rule 27 - Proving Official Record
Appellate Procedure: Rule 45 Clerks Duties
Rule 36(b) Notice (of order)
Supreme Court Rule 45(3) Process; Mandates
Hearsay Rule 803 (6+7) Records a regular part of Business

I should be released from detention because I did not violate probation. I was waiting on the contract to proceed. No agreement Signed.

18 USC 3621(a) Delivery of order of commitment...
... as evidence of authority to ~~hold~~ hold the prisoner
Repealed Pub. L. 98-473; 2/082/-4085 Rules

18 USC 4084 Copy of commitment delivered with Prisoner.

18 USC 4085 (a) ... a Certified Copy of such indictment, information or Judgement...

18 USC 3147 3564, Technically Supervised should have been Suspended because of the alleged 18 mos to commence on 2/28/2018. According to code 30 day or more would make this happen.

Inmate Mail from Clinton County Sheriff Department

And it is for this reason and the judge did not think it necessary to detain me while awaiting an ~~order~~ Official Contract for service of Sentence and probation.

I don't run and I am not a harm to any person.

I did not do anything to obstruct my kidnapping because I did not want my door busted, so Under duress I opened the door for the nice Marshalls.

I asked for a warrant, "NO" was all I ~~~~ heard.

I have been Lockaway in Clinton County Jail for ~~ove~~ almost 2 months and have not gotten a copy of a warrant. 18 USC 3049 This Violates my Constitutional Rights
- Article I — freedom of Speech. My right to Speak truth. Public defenders got offended when I speak the truth. FRCP
- Article IV — No warrant without Probable Cause. No order or Final Judgement docketed or Notice Issued, Case Dismissed
- Article V — deprived of Life, Liberty, or Property Without due Process of law. No Conviction. Not Violent.
- Article XIII — Neither Slavery ... except as punishment for a crime ... duly Convicted, Shall exist ... Subject to Jurisdiction (SLAVERY; ~~A Situ~~ A situation, in which one person has absolute Power the Life - Liberty Fortune of another. The practice of keeping individuals in a state of bondage.) Black Law Fifth Pocket Edition

Inmate Mail from Clinton County Sheriff Department

and last but not least
18 USC 3041: Powers of the Court & Magistrates
arrest + imprisonment or release as provided
in Chapter 207 ... Pursuant to provisions of
Sec. 3142 release or discharge.

A required step in procedural process was
omitted. Maybe because there was no
law broken. 7206(2) Aid in false federal Returns
Civil Rights  18 USC 2463 Federally Protected
Activities.
.... from ~~trongally~~ lawfully aiding or encouraging
other person to participate....

This Case is legally Dismissed
Thank You Your Honor
Respectfully

Evelyn Johnson

Inmate Mail from Clinton County Sheriff Department

