May 20 2018

To: Honorable Chief Judge Michael Reagan

This is a letter in defense of my compentency and my right as guardian of my person.

The presentence report from the base case although dismissed is proof that I am compentant and no criminal background.
21-USC-104: Termation of Guardianship of the Person ... Ceases when the said Infant becomes 18 years old or marries.
As of my 18th birthday I alone through the Grace of God have power over my person and I do not consent to any form of medical treatments.

Rule 44.1 Appointment of Counsel ... The Court cannot without my consent appoint Counsel to me ... Subject to Financial requirements, the defendant must elect to proceed without Counsel and sign and file with the court an approved form waiving Counsel.

1)

It's written in 18 USC 3006 refers to Review & Appointment of Counsel and 18 USC 3006A(c)(D)(E) to appoint counsel subject to mental condition hearing- does not give the right to appoint counsel to the defendant with consent of the defendant.

In a letter to your Honor on or about April 25, 2018 signed and filed with the court waving right to counsel.

This is Prosecutorial Vindictiveness? (the act of intentionally charging a more serious crime or seeking a more severe penalty than proper for my Lawful exercise of a constitutional right. "Federally Protected Activities" under the Civil Right Act, aiding and abetting others to use information furnished...

And Prosecutorial Misconduct (1963) criminal law. a prosecutors improper or illegal act (or failure to act) in an attempt to avoid required disclosure, or to persuade the jury to wrongfully convict a defendant or assess an unjustified punishment.

This case is void & null or thrown out because it has no standing. The base case is dismissed, and voided, or irregular judgements.

2

There is no offense to be charged in post-sentence that would require a term of imprisonment or a violation of probation.

I am being held against my will at FMC Carswell. I have been unlawfully detained since March 2, 2018 when arrested without a warrant.

Had a proper investigation been conducted beforehand this all could have very well been avoided. So please release me to the ~~prisoner~~ place of my arrest on March 2, 2018.

Blacks Law Meaning of District Court: A trial Court having general jurisdiction within its judicial district. A local court with jurisdiction ~~~~ over petty crimes.

This Court lacks jurisdiction over this case, which means the case should be ~~a~~ dropped.

Thank you for your time & Patience

Evelyn Johnson

Name Evelyn Johnson
Reg. No. 11862-025
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127

NORTH TEXAS TX P&DC
DALLAS TX 750
21 MAY 2018 PM 11 L



⇔11862-025⇔ CHIEF Judge
Michael Reagan
750 Missouri AVE
E Saint Louis, IL 62201
United States

MAIL CLEARED
US MARSHALS

62201-295499