# UNITED STATES DISTRICT COURT
# SOUTHERN ILLINOIS DISTRICT

EVELYN JOHNSON  
   Petitioner  
     V  
UNITED STATES OF AMERICA  
   Respondent

Case # 18-CR-30031-MJR

## MOTION TO DISMISS WITH PREJUDICE FOR LACK OF JURISDICTION (1.3 American Court Structure; 18 USC 1295; 18 USC 1330-1369)

TO THE HONORABLE CHEIF JUDGE MICHAEL REAGAN

I EVELYN JOHNSON pro se lay person the defendant in the above styled and numbered case cause, request and moves this Honorable Court to dismiss this case for lack of Jurisdiction... which violates the Constitution of the United States.

1. The state operates their court system as a power reserved by the Tenth Amendment to the United States Constitution. Each state has its own system... Jurisdiction... established by the state Constitution and statues.

2. Illinois Trail Courts include limited and general Jurisdiction. Limited Jurisdiction

Courts hear civil cases with limited monetary amounts and minor criminal offenses.

3. State appellate courts review the decisions of the state district court while the federal court of appeals hear their respective district court cases and some administrative agencies cases

4. As a general rule a criminal court must obtain Jurisdiction, (personal and subject matter) of the defendant

5. Ex parte Lankford 564 So. 2d 4143 (Ala. 1989); People v. Skeirik 209 Cal. App 3d 444. 280 Cal Rptr (1991) Since the determination of the defendants compentence is prerequiste of the Courts ... criminal jurisdiction

6. The sentence imposed in the base for this case (#15CR-30152) was tried and sentence imposed in violation of the U.S. Constitution. For lack of Jurisdiction.

7. The Constitutional right to self-representation was recoganized in Faretta v. Calforina. Adams v. United States ex. rel. McCann; The Court recognized that the Sixth Amendment right to counsel ... with a lawyers help.

## CERTIFICATE OF SERVICE

This is to certify that I have served a true and correct copy of the following:
"MOTION TO DISMISS WITH PREJUDICE FOR LACK OF JURISDICTION" upon the following address, by placing same in a sealed envelope, bearing sufficient postage for the delivery via United States Mail Service to: Clerk:
U.S. District Court
750 Missouri Ave., East St Louis IL 62201
for proper distribution to all ~~parties~~ Parties of Concern, which was hand delivered to prison authorities on the grounds of the FMC Carswell's in Fort Worth, Texas on this __14__ day of June, 2018.

_[signature]_

Litigation is deemed FILED at the time it was delivered to prison authorities. SEE: Houston V. Lack, 101 L.Ed. 2d 245 (1988)


Please Send one Copy to:
~~1485 H~~
459 N 21st St
East St Louis Il
62205.
Thank You

The Court also cited Gideon, opined that the right to counsel is parts of due process right to state criminals via the 14th Amendment.

Respectfully Submitted

*[signature]*

Name Evelyn Johnson
Reg. No. 11862-025
Federal Medical Center, Carswell
P.O. Box 27137
Ft. Worth, TX 76127

Legal Mail

NORTH TEXAS TX P&DC
DALLAS TX 750
15 JUN 2018 PM 7 L

MAIL CLEARED
US MARSHAL

⇔11862-025⇔
Clerk U S District Court
750 Missouri AVE
E Saint Louis, IL 62201
United States

62201-295429

FMC Carswell
P.O. Box 27066
Fort Worth, TX 76127
Mailed: 6/15/18

The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. (4)

RECEIVED
JUN 18 2018
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE