

U.S. Department of Justice
Federal Bureau of Prisons
*Federal Medical Center, Carswell*

*P.O. Box 27066*
*"J" Street - Building 3000*
*Fort Worth, Texas 76127*

June 12, 2018

The Honorable Michael J. Reagan
United States Magistrate Judge
750 Missouri Avenue, Courtroom 2
East St. Louis, IL 62201

RE:   Johnson, Evelyn
       Reg. No.: 11862-025
       Case No.: 18-cr-30031-MJR

Dear Judge Reagan:

In accordance with your Order of April 26, 2018, and pursuant to the provisions of Title 18, United States Code, Section 4241(b), Ms. Johnson is being evaluated at the Federal Medical Center (FMC), Carswell. She has been observed and evaluated since her arrival, but it is the opinion of our clinical staff that additional psychodiagnostic testing is needed to formulate a more thorough diagnostic impression and opinion regarding her competency to stand trial. As her 30-day evaluation period has come to an end, we respectfully request a 15-day extension in accordance with Title 18, United States Code, Section 4247(b) to allow for additional testing and evaluation. If this request is granted by the Court, our staff will complete her evaluation by June 8, 2018 and a written report will be submitted to the Court within eight weeks of that date. Additionally, we request a copy of the Order granting the extension be faxed to
Dr. Daniel D. Kim at 817-782-4294.

If you have any further questions or if I may be of further assistance to the Court in this matter, please contact me or Dr. Daniel D. Kim at (817) 782-4291.

Sincerely,

Jody R. Upton
Warden

**U.S. Department of Justice** (AC)
Federal Bureau of Prisons
*Federal Medical Center, Carswell*

P.O. Box 27066
"J" Street - Building 3000
Fort Worth, Texas 76127

Official Business
Penalty For Private Use $300

N TEXAS
DALLAS 750
18 JUN '18
PM 8 L



$ 00.47⁰
02 1R
0000012394   JUN 15 2018
MAILED FROM ZIP CODE 76127

MAIL CLEARED
US MARSHALS

The Honorable Michael J. Reagan
United States Magistrate Judge
750 Missouri Avenue, Courtroom 2
East St. Louis, IL 62201

62201-295402