UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT of ILLINOIS

EVELYN JOHNSON
    Petitioner
        V
UNITED STATES of America
    Respondant

CASE # 18-30031-MJR

DEMAND FOR RELEASE from
Violating my US Constitional Rights
of Artical IV: Probable Cause and Artical
XIV: Due Process. (Under Judgement in case 15CR 30152)

I Evelyn Johnson the defendants person, pro se layman
in the above styled cause, demands immediate
release from Clinton County Jail. I have not recieved
notice of legal authority for detention nor have I
been charged with an offense.

1. I was arrested in my home on march 2, 2018
with out probable cause according to the
Judgement, in the base case.

2. Also deprived of my liberty to present date
with out stoppee due process of law and equal
Protection of the law.

3. The Judgement in case # 15-cr-30152 does
not order criminal penalties in violation of
the Judgement, I am being forceably detained.

4. Page 2 of the written Judgement x marks
the spot; ... Surrender For service ... on or after

Case #18-30031-NJR

as notified by the United States Marshal.
5. Return: to be executed by Deputy United
States Marshal upon delivery of defendant.
6. Page 5 required my signature to ~~very~~ verify
I recieved a complete copy of this Judgement
as ordered by the court.
7. The docket records a final Judgement
from the Appeals lawyer Tom Patton ~~on~~ and
on 3/1/2018 a certified copy was sent to me,
according to the docket.
If the final Judgement was for or against
me I don't know. I was arrested on
3/2/2018 without a warrant between 9²⁰ and
9³⁰
It is because of ineffective assistance of
Counsel that I must file this Paper.


Evelyn Johnson
defendants Person                    Thank You

CERTIFICATE OF SERVICE

The undersigned do hereby state that this
envelope was given to officer of the Clinton
County Jail on 8/16/2018 to be put in the
U.S. mail address to:

    Clerk of Courts
    750 Missouri Ave
    East St Louis Il
          62201

And to Send a copy to all intrested parties.

Petitioner

Evelyn Johnson
810 Franklin Street
Carlyle IL 62231

SAINT LOUIS MO 630

17 AUG 2018 PM 4 L

Born Swallow

FOREVER / USA

Clerk
750 Missouri Ave
East St Louis, IL 62201

MAIL CLEARED
US MARSHALS

Inmate Mail
from Clinton County
Sheriff Department

62201-295499

