IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| PLAINTIFF | ) |
| v. | ) |
| | ) Case No.: 18-CR-30031-MJR |
| Evelyn Johnson | ) |
| DEFENDANT. | ) |

## **MOTION TO CONTINUE**

COMES NOW, Defendant, EVELYN JOHNSON, by and through her attorney, JOSLYN ANTHONY, and respectfully moves to continue the above cause set for jury trial October 10, 2018.  In support of the motion, the parties assert the following:

1. Counsel first appeared on this case on September 12, 2018. Counsel's first communication with her client was on September 20, 2018 and her first formal visit was on September 28, 2018.

2. Counsel needs additional time to confer with her client concerning her wishes and create a strategy by which the parties can proceed forward.

3. Counsel needs additional time to review the discovery given, speak with her client concerning his options (and guideline ranges) and adequately prepare a defense.

4. Counsel believes that this matter may resolve itself through a plea negotiation. Counsel for defendant and the Government have been communicating concerning a potential resolution.  If however, the matter does not result in a negotiated plea, Counsel needs additional time to investigate the defendant's claims, research potential defenses and prepare the matter for trial.

5. This continuance is not sought for the purpose of delay, but is sought so that defendant may be afforded due process of law under the Fifth Amendment and effective assistance of counsel

under the Sixth Amendment to the U.S. Constitution. It is submitted these reasons outweigh the interest of the public and defendant to a speedy trial under 18 U.S.C. Sec. 3161(c)(1).

  WHEREFORE, Defendant requests the above-captioned trial date be canceled, and prays that the Court continue the above cause.

RESPECTFULLY SUBMITTED,

/s/ Joslyn R. Anthony

_____

Joslyn Anthony, 6295781

Sandifer Purchase Attorneys at Law, LLC

Attorney for Defendant

7707 W. Main Ste. 4 Belleville, IL 62223

Phone: (618) 489-1234

Fax: (618) 551-4855

JRS @SandiferPurchaseLaw.com

# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| PLAINTIFF ) | |
| v. ) | |
| ) | Case No.: 18-CR-30031-MJR |
| Evelyn Johnson ) | |
| DEFENDANT. ) | |

# CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2018 I electronically filed this motion with the Clerk of the Court using CM/ECF system which will send notification of such filing to: the Assistant United States Attorney assigned to this case.

RESPECTFULLY SUBMITTED,

/s/ Joslyn R. Anthony

_____
Joslyn Anthony, 6295781
Sandifer Purchase Attorneys at Law, LLC
Attorney for Defendant
7707 W. Main Ste. 4
Belleville, IL 62223
Phone: (618) 489-1234
Fax: (618) 551-4855
JRS @SandiferPurchaseLaw.com