# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| USA, | ) | CASE NO. 18-cr-30031-MJR |
| | ) | |
| Plaintiff, | ) | DATE: December 17, 2018 |
| | ) | |
| vs. | ) | |
| | ) | |
| EVELYN JEAN JOHNSON, | ) | TIME: 9:10 am – 9:15 am |
| | ) | |
| | ) | PLACE: East St. Louis |
| Defendant. | ) | |

**PRESENT:** HONORABLE MICHAEL J. REAGAN

**DEPUTY CLERK:** Reid Hermann     **COURT REPORTER:** Barb Kniepmann

**Counsel for Plaintiff:** Norm Smith

**Counsel for Defendant:** Joslyn Anthony

### MINUTES FOR PROCEEDINGS: CHANGE OF PLEA HEARING

Defendant appears with counsel in open court and is sworn.

Based on defendant's responses to the Court's questions, the plea cannot be accepted. If Defendant wishes to proceed with a change of plea today, counsel is advised to notify the duty Magistrate Judge.

Jury Trial is set to begin tomorrow, December 18, 2018 at 9:00 AM