# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

## MINUTES OF JURY TRIAL

**DATE:** 12/18/18   **DAY:** 1   **CASE NO.** 18-cr-30031-MJR

**PRESIDING:** CHIEF U.S. DISTRICT JUDGE MICHAEL J. REAGAN

**UNITES STATES OF AMERICA,**

  **vs.**

**EVELYN JEAN JOHNSON,**

**REPORTER:** Barb Kniepmann

**COURTROOM DEPUTY:** Reid Hermann

**CONVENED:** 9:00 am
**ADJOURNED:** 3:15 pm

**RECESS:** 10:30 – 10:45 am, 10:55 am – 11:05 am, 12:00 – 12:50 pm, 1:40 – 1:50 pm

**Counsel for Plaintiff:** Norm Smith

**Counsel for Defendant:** Joslyn Anthony

The Court hears arguments and makes oral rulings on pretrial issues. All exhibits are admitted with no objection from either party.

**JURY SELECTION:**
Cause called for jury selection; voir dire: 9:30 am; parties and counsel present; number of jurors called: 40; number of jurors challenged: 6; 12 jurors and 2 alternates selected.

After 12 jurors seated and sworn, Judge reads the preliminary cautionary instruction (7th Circuit Pattern instruction 10.11); includes the admonishment about use of social media, internet, etc. during trial. Jurors advised to not discuss the case, conduct any research, etc. Record made of jury instructions.

**Opening Statement by:** Norm Smith on behalf of United States
  Joslyn Anthony on behalf of Defendant

**GOVERNMENT WITNESSES:**
(1) Eric Mooshegian   Time: 11:40 – 12:00 PM
(2) Isaac Huddleson   Time: 12:50 – 1:40 PM
(3) Chad Uhl   Time: 1:50 – 2:00 PM

**Government rests:** 2:00 pm

**MOTION for acquittal by Rule 29 is DENIED.**

**DEFENDANT'S WITNESSES:**
(1)     Evelyn Jean Johnson                  Time 2:10 – 3:05 pm


**Defendant rests:      3:05 pm**


**Jury is released for the evening.   Brief conference regarding remaining jury instructions.**

**Trial is in recess at 3:15 PM and will resume at 9:00 AM on December 19, 2018.**