# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

## MINUTES OF JURY TRIAL

**DATE:** 12/19/18   **DAY:** 2   **CASE NO.** 18-cr-30031-MJR

**PRESIDING:** CHIEF U.S. DISTRICT JUDGE MICHAEL J. REAGAN

| | |
|---|---|
| UNITES STATES OF AMERICA, | REPORTER: Barb Kniepmann |
| | COURTROOM DEPUTY: Reid Hermann |
| vs. | CONVENED: 9:00 am |
| | ADJOURNED: 11:30 am |
| EVELYN JEAN JOHNSON, | |
| | RECESS: 9:50 – 11:25 AM |

**Counsel for Plaintiff:** Norm Smith

**Counsel for Defendant:** Joslyn Anthony

**Jury Trial resumes.   Remaining jury instructions read.**

**Closing arguments by:** Norm Smith for the Government
  Joslyn Anthony for the Defendant

**MARSHAL SWORN:** X    **JURY RETIRES:** 9:50 AM

**JURY CORRESPONDENCE WITH JUDGE:** None

**JURY RETURNS:** 11:25 AM

**VERDICT GIVEN TO COURT:** X   **VERDICT READ:** X   **JURY POLLED:** X

**VERDICT:** The jury finds the defendant GUILTY of Count 1 of the Indictment

**JURY EXCUSED:** 11:30 PM

**SENTENCING SET:** Friday, March 15, 2019 at 11:00 AM

**Defendant is remanded to the custody of USMS pending sentencing.**

**All exhibits are withdrawn and returned to counsel.   Exhibit List attached.**