# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| vs. | ) | Case No.   18-CR-30031-MJR |
| EVELYN JEAN JOHNSON, | ) ) ) | |
| Defendant. | ) | |

## EXHIBIT LIST

| **Presiding Judge:** MICHAEL J. REAGAN | Attorney for Plaintiff: Norman R. Smith | Attorney for Defendant: Joslyn Anthony |
|---|---|---|
| Jury Trial Date: Dec 18, 2018 | Court Reporter: Barbara Kniepmann | Courtroom Deputy: Reid Hermann |

| Pltf No. | Def No. | Date Offered | Marked | ADM | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | | | X | Judgment in Case No. 15-CR-30152-NJR [Doc. 81] |
| 2 | | | | X | Minutes of Disposition in Case No. 15-CR-30152-NJR [Doc. 78] |
| 3 | | | | X | Order Setting Conditions of Release in Case No. 15-CR-30152-NJR [Doc. 9] |
| 4 | | | | X | Transcript of Motion and Sentencing on 1/29/2018 in Case No. 15-CR-30152-NJR |
| 5 | | | | X | Email dated 2/26/2018 from Isaac D. Huddleston to EJ Johnson |
| 6 | | | | X | Email dated 2/27/2018 from Sara Gatterer to EJ Johnson |
| 7 | | | | X | Order of the Court to surrender dated 2/8/2018 from U.S. Marshals Service |
| 8 | | | | X | Order of the Court to surrender dated 2/28/2018 from U.S. Marshals Service |

| Pltf No. | Def No. | Date Offered | Marked | ADM | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 9 | | | | X | Order: Johnson fails to appear at trial; arrest warrant to issue. Dated 5/15/2017 signed by Judge Rosenstengel in Case No. 15-CR-30152-NJR [Doc. 52] |
| 10 | | | | X | Transcript of Arraignment and Detention Hearing 3/7/2018 in Case No. 18-CR-30031-MJR |
| 11 | | | | X | Southern District of Illinois Pretrial Services Chronological Record Report re Evelyn Johnson dated 3/13/2018 |
| 12 | | | | X | Affidavit of Truth filed by Evelyn Johnson on 1/22/2016 in Case. No. 15-CR-30152-NJR [Doc. 28] |
| 13 | | | | X | Warrant For Arrest, executed 3/2/2018, Doc. 14, 18-cr-30031-MJR |