UNITED STATES DISTRICT COURT
SOUTHERN ILLINOIS DISTRICT
Evelyn Johnson-Petitioner

Case # 18-1313
Case # 18-CR-30031 NJR
12/26/18

## Demand For Release
### For Lack of Jurisdiction and Wrongful Conviction

This is my defense; I Evelyn Johnson has done nothing wrong and my accusers cannot prove to you the charges they are making against the defendant. I was never stirring up a crowd or anything arguing with anyone as my accusers can at easily atest to — on a number of occasions — one of which was recorded.

I Evelyn Johnson has been detained (arrested) by force for over 10 months plus imprisoned pursuant to (18 USC 3583(e)(4)) — electronic signaling device) — for over 10 months without due process of law — violation my Constitutional Rights under Article V and VI - Effective assistance of Counsel (Rule 44(a)) unless the defendant waives this right; - 18 USC 3006A (b) — unless the person waives representation by Counsel; and 28 USC former 394 (now 1654) in all courts of the United States the parties may plead and manage their own causes personally ——. Defendant upon request shall be assigned Counsel; Johnson V. Zerbst, 58 S.Ct 1919 304 U.S. 458, 82, L.Ed. 1461)

Because I believe everything that agrees with the law and that is written in the Bible — I believe the Government is committing fraud under 18 USC 1001.

Now the defendant is a legal CITIZEN OF the United States being an artificial person — and so I Stand on my Constitutional

1

Rights as a CITIZEN to carry on my private business

According to CODE OF FEDERAL REGULATIONS all tax crimes are commercial crimes SEE 2091(6) Criminal Offense does not mention a federal crime as it should. U.S.C 15, pursuant to federal Rules of Criminal Procedure; Title 26 USC Subtitle E, Ch. 53 - Machine Guns, deals with the filing of a fraudulent federal tax returns — 26 USC 7206(2) willful aiding -- but to the extent under 18 USC 3237 - violations of 7206(2) by mailing any returns to the Internal Revenue Service. Under title 26 USC Ch 66 — Says offense must be prosecuted within 3 years next after after commission. Dependant accused of violations under 26 USC 7206(2) government officer had to have known of the limits to prosecution — of tax years 2011 and 2012 expired april of 2015.

Evelyn Johnson is not a United States person (natural) pursuant to 34 USC 20144(8) - U.S. person — is a natural person. Interstate Agreement on Detainers; Art II - "State" is a state of the United States, State of United States of America, territory or possession of the United States.

Because every government is an artifical person - Created in the mind only and can only be communicated with other artifical persons. Having no Substance the governments legal manifestion of this is that no government and any Law, court, agency can communicate with

2

anything other than Corporate, artifical persons, and the contracts between them. Penhallow v. Doane's Administraters (3 U.S. 64; L. Ed 57; 3 Dall. 54) S.C.R. 1795

So by law this case is moot and must be vacated and the defendant's person ordered released because the orginal imprisonment was unlawful because of omission of these facts.

Evelyn Johnson is not the defendant accused but in fact punished for crimes that neither she nor the ~~defendte~~ accused committed, as evidenced by the material evidence seized.

Respectfully Submitted                    December 20, 2012
Evelyn Johnson
Defendants Person
All Right Reserved

3

## CERTIFICATE OF SERVICE

This is to certify that I have ~~several~~ served a true and correct copy of the following: Demand for Release for Lack of Jurisdiction & Wrongful Conviction, upon the following address, by placing same in a sealed envelope bearing sufficient postage for the delivery via United States Mail Service to: Clerk
U.S. District Court
750 Missouri Ave.
East St Louis IL 62201
For proper distribution to all parties of concern, which was hand delivered to Clinton County Jail, officers/employees at 810 Franklin Street, Carlyle, IL on this day 26 of Dec, 2018

*/s/ [signature]*

Litigation is deemed filed at the time it was delivered to Jail officers. See Houston v Lack, 101 L. Ed 2d 245 (1988)