Evelyn Johnson
Clinton County Jail
810 Franklin Street
Carlyle, IL 62231

Inmate Mail
from Clinton County
Sheriff Department

SAINT LOUIS MO 630
27 DEC 2018 PM 2L

CLERK
UNITED STATES DISTRICT COURT
750 MISSOURI AVE
East St Louis IL 62201

62201-295429

© USPS 2016

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

RECEIVED

DEC 2 8 2018

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

FSC MIX
Envelope
FSC C137131