IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

Evelyn Johnson - Petitioner    V    United States of America

Motion To Acquitt    CASE # 18-CR-30031 NJR

For all intent and purpose - 18 USC §3146 is a pre-trail charge/offense in a misdemeanor case - a minor criminal case according to the american Court Structure and Rule 58-FRCP; Limiting ILL. trail courts to hear civil cases with limited monetary amounts and minor (misdemeanor) criminal case/offense. 18 USC 3041 and Rule 58 FRCP; 3(a)-- Limit the magistrates to take a plea only if a defendant consents in writing or on record to be tried by a Magistrate (Federal, U.S., Chief) Judge.

This was malicious prosecution because the Court and the government knew these charges are false. The defendants person is being held - arrested without probable cause - forcebly detained or kidnapped if you will, because this Court does not have jurisdiction to try this case a FELONY CRIMINAL case.

It is the courts job to decide questions of law; pursuant to Rule 57 FRCP and Rule 47-FRAP; - Local rules must be consistent with federal statues and with Acts of Congress - Rule 47 FRAP @ also say "if imposing a requirement - it must not cause a party to lose rights because of nonwillful failure to comply --

The "Bail Reform Act" of 1984 and 18 USC 3146-3147 agree these charges are pretrial offenses. 18 USC 3142(b) unsecured appearance in an amount specified by court ($150,000) SEE "SENTENCING" transcript- Page 38, line 18-21 --- Violation the condition of release (not committ a federal state or local crime) is 2 years imprisonment and $150,000, fine, in agreement with 3146(b)(A)(iii)

The district court attorney state "the defendant is bound by an appearance bond, even though it conflicts with federal statues under Rule 57-FRCP. and FRAP Rule 47(a)(2) - by imposing a 5yr term of imprisonment and a $250,000.00 fine, for a pretrial offense of failure to surrender, pursuant to Court order."

A Court order must be a written statement if a Judge is to sign it and the clerk is to enter it, per Rule 32(b)(1) FRCP. Also according to "Brief of APPELLE in the parent case, page 18 line 14-15- "the district court incorporated the proposed conditions by reference during her oral pronouncement- and written judgement do not conflict." Page 19- Line 3-4; "The written waiver is superior to just obtaining an oral waiver.

Defendants person did not in fact sign an order Judgement, final Judgement, contract or anything else- agreeing to said terms. The district court

page 20 - Line 11 "SENTENCE TRANSCRIPT" -- "ensured that the appellant signed the waiver of the reading" --; so how much more should I be required to sign a copy of the Coditions of supervised release and Judgement. On Page 5 of the Commitment orders (parent case - document # 81) "U.S. Probation office Use only" -- A U.S. probation officer was to read and explain terms order by court and provide me with a complete copy of this Judgement. (7 pages).

Page 1 of Judgement — defendant sentenced ~~to~~ as Provided in pages 2-7 of this judgement. No fine — no penality for failure to surrender, No Copy was forwarded to the defendant for a Signature to validate.

It is for these reasons the Court should Vacate this Conviction and release the defendants person with haste

Respectfully Submitted

[signature]      January 1, 2019

# CERTIFICATE OF SERVICE

This is to certify that I have served a true and correct copy of the following: "MOTION TO AQUITT" upon the following address by placing same in a sealed envelope bearing sufficent postage for the delivery via United States Mail Service to: CLERK United States District Court 750 Missouri Ave. East St Louis, IL. 62201 For Proper distribution to all parties of concern Which was ~~handed~~ handed to Clinton County Jail Officers at 810 Franklin Street, Carlyle, Ill on this day Jan. 1, 2019.

All Rights Reserved

*[signature]*

Litigation is deemed filed at the time delivered to Jail Officers. SEE; Huston v Lack 101 L.Ed 2d 245 (1988)

Enclosed: ~~[redacted]~~

Evelyn Johnson
810 Franklin Street
Carlyle IL 62231

CLERK: United States District Court
750 Missouri Ave
East St Louis Ill
62201

Inmate Mail
from Clinton County
Sheriff Department

62201-295429

RECEIVED

JAN - 4 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE