```
                                                                    1

 1

 2
                    UNITED STATES DISTRICT COURT
 3                  SOUTHERN DISTRICT OF ILLINOIS

 4
     UNITED STATES of AMERICA   )    18-CR-30031
 5                              )
                                )
 6            Plaintiffs,       )
                                )
 7        Vs.                   )    East St. Louis, Illinois
                                )    December 17, 2018
 8   EVELYN JEAN JOHNSON,       )
                                )
 9            Defendant,        )

10              TRANSCRIPT OF CHANGE OF PLEA,
          BEFORE THE HONORABLE MICHAEL J. REAGAN,
11              UNITED STATES DISTRICT JUDGE.

12
     APPEARANCES:
13
     For the Plaintiffs:      Assistant U. S. Attorney
14                            By:  Norman R. Smith
                              Nine Executive Drive
15                            Fairview Heights, Illinois   62298

16   For the Defendants:      Sandifer Purchase
                              By:  Joslyn R. Anthony
17                            7707 West Main Street
                              Belleville, IL   62223
18
     Court Reporter:          Barbara Kniepmann
19                            750 Missouri Avenue
                              East St. Louis, IL   62202
20
     Proceedings recorded by mechanical stenography, transcript
21   produced by computer.

22

23

24

25
```

1        THE COURT:  Good morning all.  Please be seated.
2   United States of America against Evelyn Jean Johnson,
3   18-CR-30031, is set this morning.  The Court had been notified
4   the defendant wishes to change her plea from not guilty to
5   guilty, waive the Presentence Report and be sentenced today
6   with a proposed agreement by counsel.
7        Mr. Smith is here for the United States.  Good
8   morning.
9        MR. SMITH:  Good morning, Your Honor.  Also present
10  is Special Agent Eric Mooshegian with the Internal Revenue
11  Service and Linda Voelker, my legal assistant.
12       THE COURT:  Welcome.  Miss Johnson is represented in
13  the case by Counsel Anthony.  Good morning.
14       MS. ANTHONY:  Good morning, Your Honor.
15       THE COURT:  Are you ready to proceed Miss Anthony?
16       MS. ANTHONY:  We are, Your Honor.
17       THE COURT:  Miss Johnson, come up here to the
18  microphone, to the podium, with your lawyer.  Come up here to
19  the microphone.
20       Please raise your right hand and take an oath to
21  either swear or affirm.  You don't have to swear, but you have
22  to affirm you are going to tell the truth under penalty of
23  perjury.  Do you promise to tell the truth under penalty of
24  perjury when I ask you questions.
25       MS. JOHNSON:  Promise to?  I guess, yeah, I do, from

```
 1   what I understand, yes.
 2                EVELYN JEAN JOHNSON, PLAINTIFF, AFFIRMED
 3                              EXAMINATION
 4   Questions by The Court:
 5   Q.      All right.  What is your full name?
 6   A.      Evelyn Jean Johnson.
 7   Q.      How old are you?
 8   A.      I am 56.
 9   Q.      Do you read, write, speak and understand the English
10   language?
11   A.      Yes.
12   Q.      How far did you go in school?  I need to ask all of
13   these questions to make sure you are competent to plead
14   guilty.
15   A.      I am competent to plead guilty?
16   Q.      Right.  I am not competent to have a lawyer -- I mean
17   to represent myself, but I am competent to plead guilty?  You
18   just lost me.  I am sorry.
19   Q.      I decided you could not represent yourself, but we have
20   had a forensic evaluation indicating you are competent to
21   stand trial, you are competent to assist your attorney and
22   competent to understand the proceedings against you.
23   A.      But that's what I'm --
24   Q.      Miss Johnson, you have to answer my questions.  I am
25   not going to debate with you today.  If you don't want to
```

4

1  answer my questions, we'll start trial tomorrow.  I am on my
2  last nerve with you, just so you understand.
3  A.     Yes, sir.
4  Q.     How far did you go in school?
5  A.     I graduated high school.
6  Q.     Are you currently under the influence of any medicine,
7  drugs or alcohol?
8  A.     No, sir.
9  Q.     Have you been treated to any addictions to medicine,
10 drugs or alcohol in the past 60 days?
11 A.     No.
12 Q.     Do you have any mental disorders, mental defects or
13 mental problems?
14 A.     Describe mental.
15 Q.     Any issues with your thinking, unclear thinking.  Do
16 you see things, hear things?  Do you hear voices?
17 A.     Other than the stress and torture I been up under
18 during the past few months, no.
19 Q.     Under the normal stress that would go with being an
20 indicted individual?
21 A.     No, that's not normal.
22 Q.     Are you thinking clearly as you stand before me?
23 A.     No, I'm not.
24        THE COURT:  Counsel, I'm done.  Look, she is arguing
25 with me at every minute.  We're done.  9:00 o'clock tomorrow

1  morning, trial.

2          Counsel, in case she has a change of heart and wants
3  to respect the Court as she should and not play games with me,
4  you can go before a Magistrate Judge today who may or may not
5  take her plea.  I am not.

6          Counsel, 8:45 tomorrow morning here in street clothes
7  please.

16       (Court is adjourned.)

18          I certify that the foregoing is a correct transcript
19  from the record of proceedings in the above-entitled matter.

    SS/Barbara Kniepmann                           January 22, 2019