Johnson, Evelyn
11862-025
P.O. Box 4000
Aliceville AL
35442

9/27/19

Office of Clerk
750 Missouri Ave
East St Louis IL
62201

RE: UNITED STATES OF AMERICA V. EVELYN JOHNSON
Docket Number 15-CR-30152 and docket Number 18-CR-30031

Dear Clerk

I am in receipt of docket sheets numbered 15-cr-30152 and docket sheets numbered 18-cr-30031. Thank you for your assistance.

I am now requesting certified copies of the motion to amend compliant and service of process in the above styled and numbered causes. The person to be substituted has not received notice of claim. Please provide copies of the non-existence of such records if they do not exist, because I need these records in filing for Habeas Corpus.

If there is any cost associated with copying please advise me so I can have the necessary funds forwarded to your office.

Enclosure: Self addressed Stamped Envelope

Thank you

Sincerely
[signature]

⇔11862-025⇔
Evelyn Johnson
Federal Correctional INST
PO BOX 4000
Aliceville, AL 35442
United States

BIRMINGHAM AL 350

01 OCT 2019 PM 1 L

MAIL CLEARED
U.S. MARSHALS

Clerk. U.S District Court
750 Missouri Ave
East St Louis IL 62201
United States

62201-295402

